■ In the Matter of BENJAMIN SCHUSSLER, Appellant, v SCHOOL OF MEDICINE AND BIOMEDICAL SCIENCES, UNIVERSITY AT BUFFALO, STATE UNIVERSITY OF NEW YORK et al., Respondents. (Appeal No. 1.) [790 NYS2d 905]—Appeal from a judgment

(denominated order) of the Supreme Court, Erie County (Mario J. Rossetti, A.J.), entered April 8, 2004 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Laborers Intl. Union of N. Am., Local 210, AFL-CIO v Shevlin-Manning, Inc.*, 147 AD2d 977 [1989]). Present—Scudder, J.P., Martoche, Pine, Lawton and Hayes, JJ.